**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Andres Eduardo ARIAS–OCHOA,
Defendant–Appellant.**

**No. 07–14047
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 20, 2008.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Mauricio L. Aldazabal, Coral Gables, FL, for Defendant–Appellant.

Before BIRCH, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Mauricio L. Aldazabal, appointed counsel for Andres Eduardo Arias–Ochoa, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is

GRANTED, and Arias–Ochoa's conviction and sentence are **AFFIRMED.**